**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                          No. 4:13CR00068-06 JLH

RENALDRE JACKSON                                                              DEFENDANT

<u>**ORDER**</u>

Pending before the Court is defendant Renaldre Jackson's unopposed motion for continuance of the sentencing hearing currently set for Tuesday, April 15, 2014.  The motion is GRANTED. Document #277.  The sentencing hearing will be reset by separate notice.

IT IS SO ORDERED this 8th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE